UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-382 ADM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NOEL GUILLEN SANTAMARIA,
a/k/a Christopher Charles Archuleta,

    Defendant.

INFORMATION

18 U.S.C. § 1542

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1
(False Statement in Application for Passport)

On or about April 28, 2008, in the State and District of Minnesota, the defendant,

**NOEL GUILLEN SANTAMARIA,
a/k/a Christopher Charles Archuleta,**

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, that is, in the application the defendant stated that his name was C.C.A., and that his date of birth was xx/xx/xx79, which statements he knew to be false, all in violation of Title 18, United States Code, Section 1542.

Dated: 11/18/2014

ANDREW M. LUGER
United States Attorney

BY: KEVIN S. UELAND
Assistant U.S. Attorney

SCANNED
NOV 19 2014
U.S. DISTRICT COURT ST. PAUL